IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **FURUKAWA ELECTRIC NORTH AMERICA, INC.,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v | )<br>) |
| **DRAKA-COMTEQ AMERICAS, INC.,**<br>**DRAKA-COMTEQ (USA), INC.**<br>**DRAKA-COMTEQ NORTH CAROLINA, LLC,**<br>**DRAKA-COMTEQ (MASSACHUSETTS), INC.,** | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 5:07 CV 058 |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* (#8) of Sam S. Han, 2000 Northeast Expressway, Suite C-035, Norcross GA30071, to appear as counsel for the plaintiff in this matter filed on June 26, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Sam S. Han is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: June 29, 2007

Dennis L. Howell
United States Magistrate Judge