IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC., | ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | 5:07 CV 058 |
| DRAKA-COMTEQ AMERICAS, INC., DRAKA-COMTEQ (USA), INC., DRAKA-COMTEQ NORTH CAROLINA LLC, and DRAKA-COMTEQ (MASSACHUSETTS), INC., | ) ) ) ) ) ) | |
| Defendants | ) | |

## **ORDER**

**THIS MATTER** is before the court upon the defendants' Motion for Special Admission (#24) of Leo M. Loughlin of the law firm of Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, DC 20036, (202)857-6000, to appear as co-counsel for the defendants in this matter filed on August 30, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion (#24) is **ALLOWED**, and that Leo M. Loughlin is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: September 5, 2007

Dennis L. Howell
United States Magistrate Judge